IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-02031 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1<br>18 U.S.C. § 922(a)(6): False Statement During Purchase of Firearm<br>(JOHNSON) |
| SARAH KAY JOHNSON and IAN JOHN DUFFY, | |
| Defendants. | Count 2<br>18 U.S.C. § 922(g): Possession of a Firearm by a Prohibited Person<br>(DUFFY) |
| | Count 3<br>18 U.S.C. § 922(g): Possession of a Firearm by a Prohibited Person<br>(DUFFY) |
| | Count 4<br>18 U.S.C. §§ 2, 922(g): Aiding and Abetting the Possession of a Firearm by a Prohibited Person<br>(JOHNSON) |
| | Count 5<br>18 U.S.C. §§ 2, 922(g): Aiding and Abetting the Possession of a Firearm by a Prohibited Person<br>(JOHNSON) |
| | Count 6<br>26 U.S.C. § 5861(d): Possession of a National Firearms Act Device Not Registered to Possessor<br>(JOHNSON, DUFFY) |
| | Forfeiture |

1

The Grand Jury charges:

## Count 1

## False Statement During Purchase of a Firearm

On or about January 19, 2024, in the Northern District of Iowa, defendant, SARAH KAY JOHNSON, in connection with the acquisition of a firearm, a Glock 43X, 9x19mm caliber pistol, from FFL#1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL#1, which statement was intended and likely to deceive FFL#1, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented the firearm she was purchasing was for herself, when in fact defendant purchased the firearm on behalf of another person.

This was in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 2

## Possession of a Firearm by a Prohibited Person

Between on or about January 19, 2024, and March 13, 2024, in the Northern District of Iowa, defendant IAN JOHN DUFFY, knowing that he had previously been convicted of a misdemeanor crime of domestic violence knowingly possessed a firearm, specifically, a Glock 43X, 9x19mm caliber pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following misdemeanor crime of domestic violence: Domestic Abuse Assault causing Bodily Injury, in the Iowa District Court for Black Hawk County, on or about April 6, 2009, in case number SRCR156363.

This was in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## Count 3

### Possession of a Firearm by a Prohibited Person

Between on or about March 14, 2024 and April 18, 2024, in the Northern District of Iowa, defendant IAN JOHN DUFFY, knowing that he had (1) previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and (2) previously been convicted of a misdemeanor crime of domestic violence, knowingly possessed firearms, specifically, a Girsan Regard Gen 4, 9mm caliber pistol; a Tisas ZIG M1911, .45 ACP caliber pistol; a Glock 22 Gen 5, .40 caliber pistol; a Glock 43X, 9x19mm caliber pistol; a Walther PPQ, 9x19mm caliber pistol; a Mossberg 590, 12-gauge firearm; and a Springfield Saint, 5.56 NATO Caliber rifle, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year: Possession of a Firearm as a Prohibited Person, in the Iowa District Court for Black Hawk County, on or about February 7, 2024, in case number FECR253472.

Defendant was previously convicted of the following misdemeanor crime of domestic violence: Domestic Abuse Assault causing Bodily Injury, in the Iowa

3

Case 6:24-cr-02031-CJW-MAR    Document 4    Filed 07/10/24    Page 3 of 6

District Court for Black Hawk County, on or about April 6, 2009, in case number SRCR156363.

This was in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9), and 924(a)(8).

## Count 4

**Aiding and Abetting the Possession of a Firearm by a Prohibited Person**

Between on or about January 19, 2024 and March 13, 2024, in the Northern District of Iowa, defendant SARAH KAY JOHNSON, knowingly aided and abetted Ian John Duffy in the crime of possession of a firearm as a prohibited person, in that defendant, knowing that Ian John Duffy had previously been convicted of a misdemeanor crime of domestic violence, knowingly caused Ian John Duffy to possess a firearm, specifically, a Glock 43X, 9x19mm caliber pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 2, 922(g)(9), and 924(a)(8).

## Count 5

**Aiding and Abetting the Possession of a Firearm by a Prohibited Person**

Between in or about March 14, 2024 and April 18, 2024, in the Northern District of Iowa, defendant SARAH KAY JOHNSON, knowingly aided and abetted Ian John Duffy in the crime of possession of a firearm as a prohibited person, in that defendant, knowing that Ian John Duffy had (1) previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and (2) previously been convicted of a misdemeanor crime of domestic violence, knowingly caused Ian

4

Case 6:24-cr-02031-CJW-MAR   Document 4   Filed 07/10/24   Page 4 of 6

John Duffy to possess firearms, specifically, a Girsan Regard Gen 4, 9mm caliber pistol; a Tisas ZIG M1911, .45 ACP caliber pistol; a Glock 22 Gen 5, .40 caliber pistol; a Glock 43X, 9x19mm caliber pistol; a Walther PPQ, 9x19mm caliber pistol; a Mossberg 590, 12-gauge firearm; and a Springfield Saint, 5.56 NATO Caliber rifle, and the firearms were in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 2, 922(g)(1), 922(g)(9), and 924(a)(8).

## Count 6
### Possession of a National Firearms Destructive Device Not Registered to Possessor

Between on or about March 14, 2024, and April 18, 2024, in the Northern District of Iowa, defendants, SARAH KAY JOHNSON and IAN JOHN DUFFY, knowingly possessed a destructive device, as that term is defined in Title 26, United States Code, Section 5845(f), namely: a weapon made from a shotgun having an overall length of less than 26 inches and a barrel of less than 18 inches which was not registered to her in the National Firearms Registration and Transfer Record.

This was in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant SARAH KAY JOHNSON and IAN JOHN DUFFY shall forfeit to the United States any firearm and ammunition involved in or used in the knowing

5

violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9), and 922(a)(6), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

By virtue of having committed the acts specified in Count 6 of this Indictment, defendants SARAH KAY JOHNSON and IAN JOHN DUFFY shall forfeit to the United States any firearm (not ammunition) involved in the violation of Title 26, United States Code, Section 5861, including but not limited to the firearm listed above.

A TRUE BILL

███████████████████  7/10/2024
Grand Jury Foreperson      Date

TIMOTHY T. DUAX
United States Attorney

By: *Nico M*

NICOLE L. NAGIN
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 7/10/2024
PAUL DE YOUNG, CLERK

6